UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No. 1:11-bk-08427-MDF |
| MICHAEL LEE WILLIAMS and | : | |
| KIMBERLY MARIE WILLIAMS, | : | Chapter 7 |
| Debtors | : | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS TO COURT REGISTRY ACCOUNT**

On this date, I mailed a check payable to the Clerk of the Bankruptcy Court for deposit into the Court Registry Account in the amount of $435.08 that represented undeliverable checks that were part of the distribution of funds in the above case. These undeliverable funds were intended for the creditor(s) listed below.

| **CREDITOR** | **UNCLAIMED FUNDS** |
|---|---|
| Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 | $396.41 |
| Allied Interstate<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 | $38.67 |

LAW OFFICE OF LAWRENCE G. FRANK

/s/ Lawrence G. Frank, Esquire

Lawrence G. Frank, Esquire
Attorney ID No.: 15619
100 Aspen Drive
Dillsburg, PA 17019
PH: (717) 234-7455
Fax: (717) 432-9065
lawrencegfrank@gmail.com

Trustee in Bankruptcy