# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WILLIAMS, MICHAEL LEE | § | Case No. 1-11-08427 |
| WILLIAMS, KIMBERLY MARIE | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

LAWRENCE G. FRANK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $108,525.89 <br> *(without deducting any secured claims)* | Assets Exempt: $34,631.18 |
| Total Distribution to Claimants:$28,104.33 | Claims Discharged <br> Without Payment: $23,931.26 |
| Total Expenses of Administration:$69,134.00 | |

3) Total gross receipts of $ 135,711.33 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 38,473.00 (see **Exhibit 2**), yielded net receipts of $97,238.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $88,869.71 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 69,134.00 | 69,134.00 | 69,134.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,844.17 | 51,750.75 | 49,943.26 | 28,104.33 |
| **TOTAL DISBURSEMENTS** | $134,713.88 | $120,884.75 | $119,077.26 | $97,238.33 |

4) This case was originally filed under Chapter 7 on December 22, 2011. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2017          By: /s/LAWRENCE G. FRANK
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class action v Yaz (John B. Patterson, Esq 561.7 | 1129-000 | 135,678.40 |
| private insurance holdback | 1280-000 | 32.93 |
| **TOTAL GROSS RECEIPTS** | | **$135,711.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael L Williams and Kimberly M. Williams | Debtors Exemption per Order of 9/12/12 | 8100-002 | 18,104.77 |
| Michael L. Williams and Kimberly M. Williams | Debtor's exemption per Order of 09/12/12 | 8100-002 | 20,368.23 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$38,473.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | WELLS FARGO HOME MORTGAGE | 4110-000 | 70,847.71 | N/A | N/A | 0.00 |
| NOTFILED-1 | SCOOTER STORE | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | BENEFICIAL | 4110-000 | 15,022.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$88,869.71** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - LAWRENCE G. FRANK, TRUSTEE | 2100-000 | N/A | 8,111.92 | 8,111.92 | 8,111.92 |
| Trustee Expenses - LAWRENCE G. FRANK, TRUSTEE | 2200-000 | N/A | 287.89 | 287.89 | 287.89 |
| Attorney for Trustee Fees (Trustee Firm) - LAWRENCE G. FRANK | 3110-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| Other - Onder Yaz/Asmit Settlement Fund | 3210-000 | N/A | 48,844.22 | 48,844.22 | 48,844.22 |
| Other - Onder Yaz/Asmit Settlement Fund | 3991-000 | N/A | 5,427.14 | 5,427.14 | 5,427.14 |
| Other - Onder Yaz/Asmit Settlement Fund | 3991-000 | N/A | 2,713.57 | 2,713.57 | 2,713.57 |
| Other - Onder Yaz/Asmit Settlement Fund | 3220-000 | N/A | 1,251.07 | 1,251.07 | 1,251.07 |
| Other - Onder Yaz/Asmit Settlement Fund | 3220-000 | N/A | 29.34 | 29.34 | 29.34 |
| Other - Onder Yaz/Asmit Settlement Fund | 3991-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Debra K. Hoover | 2990-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.26 | 44.26 | 44.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.23 | 24.23 | 24.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.52 | 28.52 | 28.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.65 | 20.65 | 20.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.30 | 0.30 | 0.30 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Other – Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $69,134.00 | $69,134.00 | $69,134.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA | 7100-000 | N/A | 953.51 | 953.51 | 953.51 |
| 2 -1 | MIDLAND FUNDING LLC | 7100-000 | N/A | 6,063.70 | 6,063.70 | 6,063.70 |
| 3 -1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,672.00 | 1,717.96 | 1,717.96 | 1,717.96 |
| 4 -1 | FIA CARD SERVICES, N.A. | 7100-000 | 4,146.00 | 4,146.22 | 4,146.22 | 4,146.22 |
| 5 -1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 683.00 | 682.82 | 682.82 | 682.82 |
| 6 -1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 920.00 | 919.70 | 919.70 | 919.70 |
| 7 -1 | PP&L | 7100-000 | N/A | 533.20 | 533.20 | 533.20 |
| 8 -1 | VERIZON | 7100-000 | N/A | 500.02 | 500.02 | 103.61 |
| 9 -1 | VERIZON WIRELESS | 7100-000 | 931.00 | 737.45 | 737.45 | 737.45 |
| 10 -1 | ALLIED INTERSTATE INC | 7200-000 | 193.65 | 193.65 | 193.65 | 40.13 |
| | Clerk, U. S. Bankruptcy Court - ALLIED INTERSTATE | 7200-001 | N/A | N/A | N/A | 38.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 11 -1 APPLIED BANK | 7200-000 | 3,221.00 | 3,221.00 | 3,221.00 | 667.43 |
| 12 -1 ASSOC IN KIDNEY DISEASES HYPERTENSION & | 7200-000 | 1,885.41 | 1,885.41 | 1,885.41 | 767.16 |
| 13 -1 BUREAU OF ACCOUNT MGMT | 7200-000 | 79.00 | 79.00 | 79.00 | 32.14 |
| 14 -1 BUREAU OF ACCOUNT MGMT | 7200-000 | 79.00 | 79.00 | 79.00 | 32.14 |
| 15 -1 BUREAU OF ACCOUNT MGMT | 7200-000 | 104.00 | 104.00 | 104.00 | 42.32 |
| 16 -1 CITFINGERHUT | 7200-000 | 1,456.00 | 1,456.00 | 1,456.00 | 592.44 |
| 17 -1 CITIFINANCIAL PERSONAL | 7200-000 | 10,012.00 | 10,012.00 | 10,012.00 | 4,073.83 |
| 18 -1 COML ACCEPT | 7200-000 | 1,021.00 | 1,021.00 | 1,021.00 | 415.44 |
| 19 -1 EAF LLC | 7200-000 | 5,868.00 | 5,868.00 | 5,868.00 | 1,215.92 |
| 20 -1 ENHANCED RECOVERY CORP | 7200-000 | 499.00 | 499.00 | 0.00 | 0.00 |
| 21 -1 ENHANCED RECOVERY CORP | 7200-000 | 109.00 | 109.00 | 0.00 | 0.00 |
| 22 -1 FIGIS INC | 7200-000 | 358.00 | 358.00 | 358.00 | 145.67 |
| 23 -1 FIRST PREMIER BANK | 7200-000 | 487.00 | 487.00 | 487.00 | 198.16 |
| 24 -1 FIRST PREMIER BANK | 7200-000 | 525.00 | 525.00 | 525.00 | 213.62 |
| 25 -1 GEISINGER HEALTH SYSTEM | 7200-000 | 36.73 | 36.73 | 36.73 | 14.95 |
| 26 -1 HERITAGE HOSPITALIST GROUP | 7200-000 | 874.00 | 874.00 | 0.00 | 0.00 |
| 27 -1 METABANK/FHUT | 7200-000 | 1,725.00 | 1,725.00 | 1,725.00 | 701.89 |
| 28 -1 MIDLAND CREDIT MANAGEMENT INC | 7200-000 | 686.00 | 686.00 | 686.00 | 279.13 |
| 29 -1 MIDLAND CREDIT MANAGEMENT INC | 7200-000 | 1,507.00 | 1,507.00 | 1,507.00 | 613.19 |
| 30 -1 NATIONAL RECOVERY AGENCY | 7200-000 | 169.00 | 169.00 | 169.00 | 35.02 |
| 31 -1 ORTHOPEDIC INSTITUTE OF PA | 7200-000 | 158.44 | 158.44 | 158.44 | 64.47 |
| 32 -1 PATHOLOGY ASSOC OF CEN PA | 7200-000 | 12.76 | 12.76 | 12.76 | 3.34 |
|     U.S. Bankruptcy Court Clerk - PATHOLOGY ASSOC OF CEN PA | 7200-001 | N/A | N/A | N/A | 1.85 |
| 33 -1 PEERLESS CREDIT SERVICES INC | 7200-000 | 55.49 | 55.49 | 0.00 | 0.00 |
| 34 -1 PENN CREDIT CORP | 7200-000 | 204.00 | 204.00 | 0.00 | 0.00 |
| 35 -1 REGENCY FINANCE CO (ATTN. VICTOR) | 7200-000 | 640.00 | 640.00 | 640.00 | 260.41 |
| 36 -1 REMIT CORPORATION | 7200-000 | 66.00 | 66.00 | 0.00 | 0.00 |
| 37 -1 UROLOGY OF CENTRAL PA | 7200-000 | 785.66 | 785.66 | 785.66 | 319.68 |
| 38 -1 VASCULAR ASSOCIATES | 7200-000 | 338.00 | 169.00 | 169.00 | 59.44 |
| 39 -1 PINNACLE HEALTH MED SVCS | 7200-000 | 161.31 | 161.31 | 161.31 | 65.64 |
| 40 -1 PINNACLE HEALTH HOSPITALS | 7200-000 | 248.92 | 248.92 | 248.92 | 101.28 |
| 41 -1 PINNACLE HEALTH HOSPITALS | 7200-000 | 1,140.40 | 1,140.40 | 1,140.40 | 464.02 |
| 42 -1 PINNACLE HEALTH MED SVCS | 7200-000 | 738.40 | 738.40 | 738.40 | 300.45 |
| 43 -1 VERIZON WIRELESS | 7200-000 | 221.00 | 221.00 | 221.00 | 89.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | Clerk, U. S. Bankruptcy Court - VERIZON WIRELESS | 7200-001 | N/A | N/A | N/A | 396.41 |
| NOTFILED-1 | TARGET N.B. | 7100-000 | 953.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | HSBC BANK ACCT INFORMATION | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | ENHANCED RECOVERY CORP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | HSBC BANK ACCT INFORMATION | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | CREDITONE BANK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | CHASE ACCOUNT INQUIRIES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | HSBC BANK ACCT INFORMATION | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Heritage Medical Group | 7100-000 | 874.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,844.17 | $51,750.75 | $49,943.26 | $28,104.33 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 1-11-08427 | Trustee: (580470) LAWRENCE G. FRANK |
| Case Name: WILLIAMS, MICHAEL LEE | Filed (f) or Converted (c): 12/22/11 (f) |
| WILLIAMS, KIMBERLY MARIE | §341(a) Meeting Date: 02/03/12 |
| Period Ending: 09/18/17 | Claims Bar Date: 10/18/12 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 324-326 Armstrong St, Halifax, PA, Co owned with | 99,900.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Mid Penn | 733.42 | 0.00 | | 0.00 | FA |
| 4 | Savings: Mid Penn | 3.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Halifax NB 9910 (Jt w/ mother) | 228.47 | 0.00 | | 0.00 | FA |
| 6 | Savings: Halifax NB 1721 (Jt w/ mother) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Halifax NB | 2.99 | 0.00 | | 0.00 | FA |
| 8 | Savings: Halifax NB 1921 (Custodial) | 1.51 | 0.00 | | 0.00 | FA |
| 9 | Checking: Halifax NB 1821 (Custodial) | 31.50 | 0.00 | | 0.00 | FA |
| 10 | Savings: Halifax NB (Custodial) | 30.00 | 0.00 | | 0.00 | FA |
| 11 | 3 beds, 5 dressers, 2 night stands, 2 sofas, din | 2,160.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Diamond and wedding band | 250.00 | 0.00 | | 0.00 | FA |
| 15 | Wedding band | 50.00 | 0.00 | | 0.00 | FA |
| 16 | Term life policy through Erie | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Term life through AFLAC | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Term life through Colonial Penn | 0.00 | 0.00 | | 0.00 | FA |
| 19 | IRA 11 U.S.C. §541 (c)(2) Excluded from the Bank | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Class action v Yaz (John B. Patterson, Esq 561.7 (See Footnote) | 0.00 | 88,025.00 | | 135,678.40 | FA |
| 21 | 2000 Chevy Blazer; 40,000 miles | 2,855.00 | 0.00 | | 0.00 | FA |
| 22 | 2001 Ford Escort; 134,000 miles Free & Clear | 1,980.00 | 0.00 | | 0.00 | FA |
| 23 | 1985 Toyota Camry; 200,000 miles (Son's car) Fre | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Lab, St. Bernard | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Scooter | 0.00 | 0.00 | | 0.00 | FA |
| 26 | private insurance holdback (u) | 0.00 | 40,000.00 | | 32.93 | FA |
| 26 | **Assets** Totals (Excluding unknown values) | **$108,525.89** | **$128,025.00** | | **$135,711.33** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 1-11-08427 | Trustee: (580470) LAWRENCE G. FRANK |
| Case Name: WILLIAMS, MICHAEL LEE | Filed (f) or Converted (c): 12/22/11 (f) |
| WILLIAMS, KIMBERLY MARIE | §341(a) Meeting Date: 02/03/12 |
| Period Ending: 09/18/17 | Claims Bar Date: 10/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

RE PROP# 20    Per Order of August 6, 2012 exemption allowed amount for debtors is $11,975.00.

---

**Major Activities Affecting Case Closing:**

Execution of Release and receipt of funds for first portion of Class Action (second portion won't happen until at least six months)

Receive balance of personal injury award.

Trustee is attempting to obtain the $40,000 withheld for the private insurance holdback (see deposit trans date 4/29/13.)

Prepare TFR

**Initial Projected Date Of Final Report (TFR):**    September 15, 2013        **Current Projected Date Of Final Report (TFR):**    December 10, 2015  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1-11-08427 | **Trustee:** | LAWRENCE G. FRANK (580470) |
| **Case Name:** WILLIAMS, MICHAEL LEE | **Bank Name:** | Rabobank, N.A. |
| WILLIAMS, KIMBERLY MARIE | **Account:** | ******9966 - Checking Account |
| **Taxpayer ID #:** **-***9190 | **Blanket Bond:** | $100,000,000.00  (per case limit) |
| **Period Ending:** 09/18/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/13 | | Onder Yaz/Asmit Settlement Fund | Settlement | | 36,209.54 | | 36,209.54 |
| | {20} | | Gross Settlement 135,678.40 | 1129-000 | | | 36,209.54 |
| | | | Gross Attorneys Fee Net -48,844.22<br>Attorneys fees | 3210-000 | | | 36,209.54 |
| | | | MDL Court Ordered -5,427.14<br>Assessment (paid out of<br>attorneys fees) | 3991-000 | | | 36,209.54 |
| | | | MDL Court Ordered -2,713.57<br>Assessment (client<br>portion) | 3991-000 | | | 36,209.54 |
| | | | P&A Case Specific Costs -1,251.07 | 3220-000 | | | 36,209.54 |
| | | | Onder, Shelton, O'Leary -29.34<br>& Peterson Case<br>Specific Costs | 3220-000 | | | 36,209.54 |
| | | | Garrretson Costs for -500.00<br>Admin. and Lien<br>Resolution Services | 3991-000 | | | 36,209.54 |
| | {26} | | Private Insurance -40,703.52<br>Holdback | 1280-000 | | | 36,209.54 |
| 05/10/13 | 101 | Debra K. Hoover | Notary fee of 2/9/12 | 2990-000 | | 5.00 | 36,204.54 |
| 05/13/13 | 102 | Michael L Williams and Kimberly M.<br>Williams | Debtors Exemption per Order of 9/12/12 | 8100-002 | | 18,104.77 | 18,099.77 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.26 | 18,055.51 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.23 | 18,031.28 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.52 | 18,002.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 17,976.87 |
| 09/13/13 | 103 | LAWRENCE G. FRANK, TRUSTEE | Dividend paid 100.00% on $83.13, Trustee<br>Expenses;  Reference: | 2200-000 | | 83.13 | 17,893.74 |
| 09/13/13 | 104 | LAWRENCE G. FRANK, TRUSTEE | Dividend paid 100.00% on $7,093.51, Trustee<br>Compensation;  Reference: | 2100-000 | | 7,093.51 | 10,800.23 |
| 09/13/13 | 105 | AMERICAN INFOSOURCE LP AS<br>AGENT FOR TD BANK, USA | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7100-000 | | 197.58 | 10,602.65 |
| 09/13/13 | 106 | MIDLAND FUNDING LLC | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7100-000 | | 1,256.47 | 9,346.18 |
| 09/13/13 | 107 | CAPITAL ONE BANK (USA), N.A. | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7100-000 | | 355.98 | 8,990.20 |
| 09/13/13 | 108 | FIA CARD SERVICES, N.A. | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7100-000 | | 859.14 | 8,131.06 |

Subtotals :  $36,209.54   $28,078.48

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 1-11-08427 | | | Trustee: | LAWRENCE G. FRANK (580470) | |
| Case Name: | WILLIAMS, MICHAEL LEE | | | Bank Name: | Rabobank, N.A. | |
| | WILLIAMS, KIMBERLY MARIE | | | Account: | ******9966 - Checking Account | |
| Taxpayer ID #: | **-***9190 | | | Blanket Bond: | $100,000,000.00  (per case limit) | |
| Period Ending: | 09/18/17 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/13 | 109 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7100-000 | | 141.49 | 7,989.57 |
| 09/13/13 | 110 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7100-000 | | 190.57 | 7,799.00 |
| 09/13/13 | 111 | PP&L | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7100-000 | | 110.48 | 7,688.52 |
| 09/13/13 | 112 | VERIZON | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7100-000 | | 103.61 | 7,584.91 |
| 09/13/13 | 113 | VERIZON WIRELESS | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7100-000 | | 152.81 | 7,432.10 |
| 09/13/13 | 114 | ALLIED INTERSTATE INC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 40.13 | 7,391.97 |
| 09/13/13 | 115 | APPLIED BANK | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 667.43 | 6,724.54 |
| 09/13/13 | 116 | ASSOC IN KIDNEY DISEASES HYPERTENSION & | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 390.68 | 6,333.86 |
| 09/13/13 | 117 | BUREAU OF ACCOUNT MGMT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 16.37 | 6,317.49 |
| 09/13/13 | 118 | BUREAU OF ACCOUNT MGMT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 16.37 | 6,301.12 |
| 09/13/13 | 119 | BUREAU OF ACCOUNT MGMT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 21.55 | 6,279.57 |
| 09/13/13 | 120 | CITFINGERHUT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 301.70 | 5,977.87 |
| 09/13/13 | 121 | CITIFINANCIAL PERSONAL | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 2,074.60 | 3,903.27 |
| 09/13/13 | 122 | COML ACCEPT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 211.56 | 3,691.71 |
| 09/13/13 | 123 | EAF LLC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 1,215.92 | 2,475.79 |
| 09/13/13 | 124 | ENHANCED RECOVERY CORP | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Stopped on 01/13/14 | 7200-005 | | 103.40 | 2,372.39 |
| 09/13/13 | 125 | ENHANCED RECOVERY CORP | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Stopped on 01/13/14 | 7200-005 | | 22.59 | 2,349.80 |
| 09/13/13 | 126 | FIGIS INC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 74.18 | 2,275.62 |
| 09/13/13 | 127 | FIRST PREMIER BANK | Partial Distribution per Order dated 09/13/13 | 7200-000 | | 100.91 | 2,174.71 |

| | | | Subtotals : | | $0.00 | $5,956.35 | |

{} Asset reference(s)

Printed: 09/18/2017 01:04 PM    V.13.30

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 1-11-08427 | **Trustee:** LAWRENCE G. FRANK (580470) |
| **Case Name:** WILLIAMS, MICHAEL LEE | **Bank Name:** Rabobank, N.A. |
| WILLIAMS, KIMBERLY MARIE | **Account:** ******9966 - Checking Account |
| **Taxpayer ID #:** **-***9190 | **Blanket Bond:** $100,000,000.00  (per case limit) |
| **Period Ending:** 09/18/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Case No. 1-11-08427 MDF | | | | |
| 09/13/13 | 128 | FIRST PREMIER BANK | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 108.79 | 2,065.92 |
| 09/13/13 | 129 | GEISINGER HEALTH SYSTEM | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 7.61 | 2,058.31 |
| 09/13/13 | 130 | HERITAGE HOSPITALIST GROUP | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Voided on 10/16/13 | 7200-004 | | 181.10 | 1,877.21 |
| 09/13/13 | 131 | METABANK/FHUT | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 357.44 | 1,519.77 |
| 09/13/13 | 132 | MIDLAND CREDIT MANAGEMENT INC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 142.15 | 1,377.62 |
| 09/13/13 | 133 | MIDLAND CREDIT MANAGEMENT INC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 312.27 | 1,065.35 |
| 09/13/13 | 134 | NATIONAL RECOVERY AGENCY | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 35.02 | 1,030.33 |
| 09/13/13 | 135 | ORTHOPEDIC INSTITUTE OF PA | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 32.83 | 997.50 |
| 09/13/13 | 136 | PATHOLOGY ASSOC OF CEN PA | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 2.64 | 994.86 |
| 09/13/13 | 137 | PEERLESS CREDIT SERVICES INC | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Voided on 10/16/13 | 7200-004 | | 11.50 | 983.36 |
| 09/13/13 | 138 | PENN CREDIT CORP | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Voided on 09/25/13 | 7200-004 | | 42.27 | 941.09 |
| 09/13/13 | 139 | REGENCY FINANCE CO | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Stopped on 01/13/14 | 7200-005 | | 132.62 | 808.47 |
| 09/13/13 | 140 | REMIT CORPORATION | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF Voided on 09/20/13 | 7200-004 | | 13.68 | 794.79 |
| 09/13/13 | 141 | UROLOGY OF CENTRAL PA | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 162.80 | 631.99 |
| 09/13/13 | 142 | VASCULAR ASSOCIATES | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 35.02 | 596.97 |
| 09/13/13 | 143 | PINNACLE HEALTH MED SVCS | Partial Distribution per Order dated 09/13/13 Case No. 1-11-08427 MDF | 7200-000 | | 33.43 | 563.54 |
| 09/13/13 | 144 | PINNACLE HEALTH HOSPITALS | Partial Distribution per Order dated 09/13/13 | 7200-000 | | 51.58 | 511.96 |

| | Subtotals : | $0.00 | $1,662.75 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 1-11-08427 | | **Trustee:** | LAWRENCE G. FRANK (580470) | | |
| **Case Name:** | WILLIAMS, MICHAEL LEE | | **Bank Name:** | Rabobank, N.A. | | |
| | WILLIAMS, KIMBERLY MARIE | | **Account:** | ******9966 - Checking Account | | |
| **Taxpayer ID #:** | **-***9190 | | **Blanket Bond:** | $100,000,000.00 (per case limit) | | |
| **Period Ending:** | 09/18/17 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Case No. 1-11-08427 MDF | | | | |
| 09/13/13 | 145 | PINNACLE HEALTH HOSPITALS | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7200-000 | | 236.30 | 275.66 |
| 09/13/13 | 146 | PINNACLE HEALTH MED SVCS | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7200-000 | | 153.00 | 122.66 |
| 09/13/13 | 147 | VZW NE | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF | 7200-000 | | 45.79 | 76.87 |
| 09/20/13 | 140 | REMIT CORPORATION | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Voided: check issued on 09/13/13 | 7200-004 | | -13.68 | 90.55 |
| 09/25/13 | 138 | PENN CREDIT CORP | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Voided: check issued on 09/13/13 | 7200-004 | | -42.27 | 132.82 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.65 | 112.17 |
| 10/16/13 | 130 | HERITAGE HOSPITALIST GROUP | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Voided: check issued on 09/13/13 | 7200-004 | | -181.10 | 293.27 |
| 10/16/13 | 137 | PEERLESS CREDIT SERVICES INC | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Voided: check issued on 09/13/13 | 7200-004 | | -11.50 | 304.77 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 294.77 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 284.77 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 274.77 |
| 01/13/14 | 124 | ENHANCED RECOVERY CORP | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Stopped: check issued on 09/13/13 | 7200-005 | | -103.40 | 378.17 |
| 01/13/14 | 125 | ENHANCED RECOVERY CORP | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Stopped: check issued on 09/13/13 | 7200-005 | | -22.59 | 400.76 |
| 01/13/14 | 139 | REGENCY FINANCE CO | Partial Distribution per Order dated 09/13/13<br>Case No. 1-11-08427 MDF<br>Stopped: check issued on 09/13/13 | 7200-005 | | -132.62 | 533.38 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 523.38 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 513.38 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 503.38 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 493.38 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 483.38 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 473.38 |

| | | | | Subtotals : | $0.00 | $38.58 | |

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 1-11-08427 | |
| **Case Name:** | WILLIAMS, MICHAEL LEE | |
| | WILLIAMS, KIMBERLY MARIE | |
| **Taxpayer ID #:** | **-***9190 | |
| **Period Ending:** | 09/18/17 | |

| | |
|---|---|
| **Trustee:** | LAWRENCE G. FRANK (580470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9966 - Checking Account |
| **Blanket Bond:** | $100,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 463.38 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 453.38 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 443.38 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 433.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 423.38 |
| 12/28/14 | 148 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2014 FOR CASE #1-11-08427, Chap. 7 Blanket Bond Middle District of PA (Bond # 016026361) Voided on 12/28/14 | 2300-004 | | 0.30 | 423.08 |
| 12/28/14 | 148 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2014 FOR CASE #1-11-08427, Chap. 7 Blanket Bond Middle District of PA (Bond # 016026361) Voided: check issued on 12/28/14 | 2300-004 | | -0.30 | 423.38 |
| 12/28/14 | 149 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2014 FOR CASE #1-11-08427, Annual Bond Premium - Bond # 016026361 | 2300-000 | | 0.30 | 423.08 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 413.08 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 403.08 |
| 02/21/15 | {26} | Onder Yaz Yasmin Settlement Fund | Final payment on YAZ settlement of class action of private insurance holdback | 1280-000 | 40,736.45 | | 41,139.53 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 41,129.53 |
| 03/05/15 | 150 | Michael L. Williams and Kimberly M. Williams | Debtor's exemption per Order of 09/12/12 | 8100-002 | | 20,368.23 | 20,761.30 |
| 08/16/15 | 151 | REGENCY FINANCE CO (ATTN. VICTOR) | Reissued for ck. 139; Partial distribution per Order 09/13/13; Case No. 1-11-08427 MDF | 7200-000 | | 132.62 | 20,628.68 |
| 02/19/16 | 152 | LAWRENCE G. FRANK | Dividend paid 100.00% on $1,650.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,650.00 | 18,978.68 |
| 02/19/16 | 153 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA | Final Distribution per Court Order Dated February 18, 2016 | 7100-000 | | 755.93 | 18,222.75 |
| 02/19/16 | 154 | MIDLAND FUNDING LLC | Final Distribution per Court Order Dated February 18, 2016 | 7100-000 | | 4,807.23 | 13,415.52 |
| 02/19/16 | 155 | CAPITAL ONE BANK (USA), N.A. | Final Distribution per Court Order Dated February 18, 2016 | 7100-000 | | 1,361.98 | 12,053.54 |
| 02/19/16 | 156 | FIA CARD SERVICES, N.A. | Final Distribution per Court Order Dated February 18, 2016 | 7100-000 | | 3,287.08 | 8,766.46 |
| 02/19/16 | 157 | PP&L | Final Distribution per Court Order Dated | 7100-000 | | 422.72 | 8,343.74 |

| | | Subtotals : | $40,736.45 | $32,866.09 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-11-08427
**Case Name:** WILLIAMS, MICHAEL LEE
WILLIAMS, KIMBERLY MARIE
**Taxpayer ID #:** **-***9190
**Period Ending:** 09/18/17

**Trustee:** LAWRENCE G. FRANK (580470)
**Bank Name:** Rabobank, N.A.
**Account:** ******9966 - Checking Account
**Blanket Bond:** $100,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | February 18, 2016 | | | | |
| 02/19/16 | 158 | VERIZON | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7100-005 | | 396.41 | 7,947.33 |
| 02/19/16 | 159 | VERIZON WIRELESS | Final Distribution per Court Order Dated<br>February 18, 2016 | 7100-000 | | 584.64 | 7,362.69 |
| 02/19/16 | 160 | ALLIED INTERSTATE INC | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7200-005 | | 27.98 | 7,334.71 |
| 02/19/16 | 161 | APPLIED BANK | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7200-005 | | 465.53 | 6,869.18 |
| 02/19/16 | 162 | ASSOC IN KIDNEY DISEASES<br>HYPERTENSION & | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-005 | | 272.50 | 6,596.68 |
| 02/19/16 | 163 | CITFINGERHUT | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 210.44 | 6,386.24 |
| 02/19/16 | 164 | CITIFINANCIAL PERSONAL | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 1,447.04 | 4,939.20 |
| 02/19/16 | 165 | COML ACCEPT | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 147.57 | 4,791.63 |
| 02/19/16 | 166 | EAF LLC | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7200-005 | | 848.10 | 3,943.53 |
| 02/19/16 | 167 | FIGIS INC | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 51.74 | 3,891.79 |
| 02/19/16 | 168 | GEISINGER HEALTH SYSTEM | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 5.31 | 3,886.48 |
| 02/19/16 | 169 | METABANK/FHUT | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 249.32 | 3,637.16 |
| 02/19/16 | 170 | NATIONAL RECOVERY AGENCY | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7200-005 | | 24.42 | 3,612.74 |
| 02/19/16 | 171 | ORTHOPEDIC INSTITUTE OF PA | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 22.90 | 3,589.84 |
| 02/19/16 | 172 | REGENCY FINANCE CO (ATTN.<br>VICTOR) | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 92.50 | 3,497.34 |
| 02/19/16 | 173 | UROLOGY OF CENTRAL PA | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-000 | | 113.55 | 3,383.79 |
| 02/19/16 | 174 | VASCULAR ASSOCIATES | Final Distribution per Court Order Dated | 7200-000 | | 24.42 | 3,359.37 |

Subtotals : $0.00 $4,984.37

{} Asset reference(s)

Printed: 09/18/2017 01:04 PM    V.13.30

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 1-11-08427 | |
| **Case Name:** | WILLIAMS, MICHAEL LEE | |
| | WILLIAMS, KIMBERLY MARIE | |
| **Taxpayer ID #:** | **-***9190 | |
| **Period Ending:** | 09/18/17 | |

| | |
|---|---|
| **Trustee:** | LAWRENCE G. FRANK (580470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9966 - Checking Account |
| **Blanket Bond:** | $100,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | February 18, 2016 | | | | |
| 02/19/16 | 175 | VZW NE | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped on 05/26/16 | 7200-005 | | 31.95 | 3,327.42 |
| 02/19/16 | 176 | LAWRENCE G. FRANK, TRUSTEE | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 1,223.17 | 2,104.25 |
| | | | Dividend paid 100.00%        1,018.41<br>on $8,111.92;  Claim# ;<br>Filed: $8,111.92 | 2100-000 | | | 2,104.25 |
| | | | Dividend paid 100.00%         204.76<br>on $287.89;  Claim# ;<br>Filed: $287.89 | 2200-000 | | | 2,104.25 |
| 02/19/16 | 177 | U.S. Bankruptcy Court Clerk | COMBINED SMALL CHECK | 7200-001 | | 1.85 | 2,102.40 |
| 02/19/16 | 178 | BUREAU OF ACCOUNT MGMT | Combined Check for Claims#13 -1,14 -1.15 -1 | | | 37.87 | 2,064.53 |
| | | | Dividend paid 35.17%         11.42<br>on $79.00;  Claim# 13<br>-1; Filed: $79.00 | 7200-000 | | | 2,064.53 |
| | | | Dividend paid 35.17%         11.42<br>on $79.00;  Claim# 14<br>-1; Filed: $79.00 | 7200-000 | | | 2,064.53 |
| | | | Dividend paid 35.17%         15.03<br>on $104.00;  Claim# 15<br>-1; Filed: $104.00;<br>Reference: XXXX3270 | 7200-000 | | | 2,064.53 |
| 02/19/16 | 179 | FIRST PREMIER BANK | Combined Check for Claims#23 -1,24 -1 | | | 146.26 | 1,918.27 |
| | | | Dividend paid 35.17%         70.39<br>on $487.00;  Claim# 23<br>-1; Filed: $487.00 | 7200-000 | | | 1,918.27 |
| | | | Dividend paid 35.17%         75.87<br>on $525.00;  Claim# 24<br>-1; Filed: $525.00 | 7200-000 | | | 1,918.27 |
| 02/19/16 | 180 | MIDLAND CREDIT MANAGEMENT INC | Combined Check for Claims#28 -1,29 -1 | | | 316.96 | 1,601.31 |
| | | | Dividend paid 35.17%         99.15<br>on $686.00;  Claim# 28<br>-1; Filed: $686.00 | 7200-000 | | | 1,601.31 |
| | | | Dividend paid 35.17%        217.81<br>on $1,507.00;  Claim# 29 | 7200-000 | | | 1,601.31 |

| | | | Subtotals : | | $0.00 | $1,758.06 | |

{} Asset reference(s)

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-11-08427 | | Trustee: | LAWRENCE G. FRANK (580470) |
| Case Name: | WILLIAMS, MICHAEL LEE | | Bank Name: | Rabobank, N.A. |
| | WILLIAMS, KIMBERLY MARIE | | Account: | ******9966 - Checking Account |
| Taxpayer ID #: | **-***9190 | | Blanket Bond: | $100,000,000.00  (per case limit) |
| Period Ending: | 09/18/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | -1; Filed: $1,507.00 | | | | |
| 02/19/16 | 181 | PINNACLE HEALTH HOSPITALS | Combined Check for Claims#40 -1,41 -1 | | | 200.81 | 1,400.50 |
| | | | Dividend paid  35.17%          35.98<br>on $248.92;  Claim# 40<br>-1; Filed: $248.92;<br>Reference: XXXXX6895 | 7200-000 | | | 1,400.50 |
| | | | Dividend paid  35.17%         164.83<br>on $1,140.40;  Claim# 41<br>-1; Filed: $1,140.40;<br>Reference:<br>XXXXXX4926 | 7200-000 | | | 1,400.50 |
| 02/19/16 | 182 | PINNACLE HEALTH MED SVCS | Combined Check for Claims#39 -1,42 -1 | | | 130.04 | 1,270.46 |
| | | | Dividend paid  35.17%          23.31<br>on $161.31;  Claim# 39<br>-1; Filed: $161.31;<br>Reference: XX5260 | 7200-000 | | | 1,270.46 |
| | | | Dividend paid  35.17%         106.73<br>on $738.40;  Claim# 42<br>-1; Filed: $738.40;<br>Reference: XX5260 | 7200-000 | | | 1,270.46 |
| 02/19/16 | 183 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Combined Check for Claims#5 -1,6 -1 | | | 1,270.46 | 0.00 |
| | | | Dividend paid  100.00%        541.33<br>on $682.82;  Claim# 5<br>-1; Filed: $682.82 | 7100-000 | | | 0.00 |
| | | | Dividend paid  100.00%        729.13<br>on $919.70;  Claim# 6<br>-1; Filed: $919.70 | 7100-000 | | | 0.00 |
| 05/26/16 | 158 | VERIZON | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped: check issued on 02/19/16 | 7100-005 | | -396.41 | 396.41 |
| 05/26/16 | 160 | ALLIED INTERSTATE INC | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped: check issued on 02/19/16 | 7200-005 | | -27.98 | 424.39 |
| 05/26/16 | 161 | APPLIED BANK | Final Distribution per Court Order Dated<br>February 18, 2016<br>Stopped: check issued on 02/19/16 | 7200-005 | | -465.53 | 889.92 |
| 05/26/16 | 166 | EAF LLC | Final Distribution per Court Order Dated<br>February 18, 2016 | 7200-005 | | -848.10 | 1,738.02 |

| | Subtotals : | $0.00 | $-136.71 |

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-11-08427 | | Trustee: | LAWRENCE G. FRANK (580470) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, MICHAEL LEE | | Bank Name: | Rabobank, N.A. |
| | WILLIAMS, KIMBERLY MARIE | | Account: | ******9966 - Checking Account |
| Taxpayer ID #: | **-***9190 | | Blanket Bond: | $100,000,000.00 (per case limit) |
| Period Ending: | 09/18/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 02/19/16 | | | | |
| 05/26/16 | 170 | NATIONAL RECOVERY AGENCY | Final Distribution per Court Order Dated February 18, 2016<br>Stopped: check issued on 02/19/16 | 7200-005 | | -24.42 | 1,762.44 |
| 05/26/16 | 175 | VZW NE | Final Distribution per Court Order Dated February 18, 2016<br>Stopped: check issued on 02/19/16 | 7200-005 | | -31.95 | 1,794.39 |
| 07/24/16 | 184 | VERIZON WIRELESS | Final Distribution - replacement check for stale check #175 | 7200-000 | | 31.95 | 1,762.44 |
| 09/09/16 | 185 | CAVALRY | Final Distribution - replacement for check #166<br>Stopped on 12/11/16 | 7200-005 | | 848.10 | 914.34 |
| 09/09/16 | 186 | VASCULAR ASSOCIATES, PC | Final Distribution - reissued check for check #170<br>Voided on 09/09/16 | 7200-004 | | 24.42 | 889.92 |
| 09/09/16 | 186 | VASCULAR ASSOCIATES, PC | Final Distribution - reissued check for check #170<br>Voided on: check issued on 09/09/16 | 7200-004 | | -24.42 | 914.34 |
| 12/11/16 | 185 | CAVALRY | Final Distribution - replacement for check #166<br>Stopped: check issued on 09/09/16 | 7200-005 | | -848.10 | 1,762.44 |
| 02/10/17 | 187 | ALLIED INTERSTATE INC | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held<br>Stopped on 04/23/17 | 7200-005 | | 10.69 | 1,751.75 |
| 02/10/17 | 188 | ASSOC IN KIDNEY DISEASES HYPERTENSION & | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 103.98 | 1,647.77 |
| 02/10/17 | 189 | CITFINGERHUT | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 80.30 | 1,567.47 |
| 02/10/17 | 190 | CITIFINANCIAL PERSONAL | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 552.19 | 1,015.28 |
| 02/10/17 | 191 | COML ACCEPT | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 56.31 | 958.97 |
| 02/10/17 | 192 | FIGIS INC | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 19.75 | 939.22 |
| 02/10/17 | 193 | GEISINGER HEALTH SYSTEM | Final Distribution Per Order Dated 12/19/2016: | 7200-000 | | 2.03 | 937.19 |

| | | | Subtotals : | $0.00 | $800.83 | |

Exhibit 9

Page: 10

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 1-11-08427 | **Trustee:** LAWRENCE G. FRANK (580470) |
| **Case Name:** | WILLIAMS, MICHAEL LEE | **Bank Name:** Rabobank, N.A. |
| | WILLIAMS, KIMBERLY MARIE | **Account:** ******9966 - Checking Account |
| **Taxpayer ID #:** | **-***9190 | **Blanket Bond:** $100,000,000.00 (per case limit) |
| **Period Ending:** | 09/18/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | redistribution of funds from claims no longer held | | | | |
| 02/10/17 | 194 | METABANK/FHUT | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 95.13 | 842.06 |
| 02/10/17 | 195 | ORTHOPEDIC INSTITUTE OF PA | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 8.74 | 833.32 |
| 02/10/17 | 196 | PATHOLOGY ASSOC OF CEN PA | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 0.70 | 832.62 |
| 02/10/17 | 197 | REGENCY FINANCE CO (ATTN. VICTOR) | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 35.29 | 797.33 |
| 02/10/17 | 198 | UROLOGY OF CENTRAL PA | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 43.33 | 754.00 |
| 02/10/17 | 199 | VERIZON WIRELESS | Final Distribution Per Order Dated 12/19/2016: redistribution of funds from claims no longer held | 7200-000 | | 12.18 | 741.82 |
| 02/10/17 | 200 | BUREAU OF ACCOUNT MGMT | Combined Check for Claims#13 -1,14 -1,15 -1 | | | 14.44 | 727.38 |
| | | | Dividend paid 40.68%     4.35<br>on $79.00; Claim# 13<br>-1; Filed: $79.00 | 7200-000 | | | 727.38 |
| | | | Dividend paid 40.68%     4.35<br>on $79.00; Claim# 14<br>-1; Filed: $79.00 | 7200-000 | | | 727.38 |
| | | | Dividend paid 40.68%     5.74<br>on $104.00; Claim# 15<br>-1; Filed: $104.00;<br>Reference: XXXX3270 | 7200-000 | | | 727.38 |
| 02/10/17 | 201 | FIRST PREMIER BANK | Combined Check for Claims#23 -1,24 -1 | | | 55.82 | 671.56 |
| | | | Dividend paid 40.68%     26.86<br>on $487.00; Claim# 23<br>-1; Filed: $487.00 | 7200-000 | | | 671.56 |
| | | | Dividend paid 40.68%     28.96<br>on $525.00; Claim# 24<br>-1; Filed: $525.00 | 7200-000 | | | 671.56 |
| 02/10/17 | 202 | MIDLAND CREDIT MANAGEMENT | Combined Check for Claims#28 -1,29 -1 | | | 120.94 | 550.62 |

| | | | Subtotals : | $0.00 | $386.57 | |
|---|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 11

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 1-11-08427 | **Trustee:** LAWRENCE G. FRANK (580470) |
| **Case Name:** WILLIAMS, MICHAEL LEE | **Bank Name:** Rabobank, N.A. |
| WILLIAMS, KIMBERLY MARIE | **Account:** *****9966 - Checking Account |
| **Taxpayer ID #:** **-***9190 | **Blanket Bond:** $100,000,000.00  (per case limit) |
| **Period Ending:** 09/18/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | INC | | | | | |
| | | | Dividend paid 40.68%          37.83<br>on $686.00;  Claim# 28<br>-1; Filed: $686.00 | 7200-000 | | | 550.62 |
| | | | Dividend paid 40.68%          83.11<br>on $1,507.00;  Claim# 29<br>-1; Filed: $1,507.00 | 7200-000 | | | 550.62 |
| 02/10/17 | 203 | PINNACLE HEALTH HOSPITALS | Combined Check for Claims#40 -1,41 -1<br>Stopped on 05/13/17 | 7200-005 | | 76.61 | 474.01 |
| 02/10/17 | 204 | PINNACLE HEALTH MED SVCS | Combined Check for Claims#39 -1,42 -1 | 7200-005 | | 49.62 | 424.39 |
| | | | Dividend paid 40.68%           8.90<br>on $161.31;  Claim# 39<br>-1; Filed: $161.31;<br>Reference: XX5260 | 7200-000 | | | 424.39 |
| | | | Dividend paid 40.68%          40.72<br>on $738.40;  Claim# 42<br>-1; Filed: $738.40;<br>Reference: XX5260 | 7200-000 | | | 424.39 |
| 04/23/17 | 187 | ALLIED INTERSTATE INC | Final Distribution Per Order Dated 12/19/2016:<br>redistribution of funds from claims no longer<br>held<br>Stopped: check issued on 02/10/17 | 7200-005 | | -10.69 | 435.08 |
| 05/13/17 | 203 | PINNACLE HEALTH HOSPITALS | Combined Check for Claims#40 -1,41 -1<br>Stopped: check issued on 02/10/17 | 7200-005 | | -76.61 | 511.69 |
| 05/13/17 | 205 | Pinnacle Health Hospitals | REISSUED CHECK FROM STALE CHECK<br>PROCESSING | | | 76.61 | 435.08 |
| | | PINNACLE HEALTH<br>HOSPITALS | Dividend paid 40.68%          13.72<br>on $248.92;  Claim# 40<br>-1; Filed: $248.92;<br>Reference: XXXXX6895 | 7200-000 | | | 435.08 |
| | | PINNACLE HEALTH<br>HOSPITALS | Dividend paid 40.68%          62.89<br>on $1,140.40;  Claim# 41<br>-1; Filed: $1,140.40;<br>Reference:<br>XXXXXX4926 | 7200-000 | | | 435.08 |
| 07/27/17 | 206 | Clerk, U. S. Bankruptcy Court | Unclaimed Funds | | | 435.08 | 0.00 |
| | | | 38.67 | 7200-001 | | | 0.00 |
| | | | Ref #                           396.41<br>XXXXXXXXX-X0002 | 7200-001 | | | 0.00 |

| | | Subtotals : | $0.00 | $550.62 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 12

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 1-11-08427 | |
| **Case Name:** | WILLIAMS, MICHAEL LEE | |
| | WILLIAMS, KIMBERLY MARIE | |
| **Taxpayer ID #:** | **-***9190 | |
| **Period Ending:** | 09/18/17 | |

| | |
|---|---|
| **Trustee:** | LAWRENCE G. FRANK (580470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9966 - Checking Account |
| **Blanket Bond:** | $100,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 76,945.99 | 76,945.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 76,945.99 | 76,945.99 | |
| | | | Less: Payments to Debtors | | | 38,473.00 | |
| | | | NET Receipts / Disbursements | | $76,945.99 | $38,472.99 | |

| | |
|---|---|
| Net Receipts : | 76,945.99 |
| Plus Gross Adjustments : | 58,765.34 |
| Less Payments to Debtor : | 38,473.00 |
| Net Estate : | $97,238.33 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9966** | 76,945.99 | 38,472.99 | 0.00 |
| | $76,945.99 | $38,472.99 | $0.00 |